UNITED STATES DISTRICT COURT

for the

District of Hawaii

_____ Division

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
04 AUG 2023 2:06 PM ls
Lucy H.Carrillo, Clerk of Court

| | |
|---|---|
| Thomas Lau<br>1212 Nuuanu Ave Apt 805<br>Honolulu, HI 96817<br>808-546-0507<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>**-v-**<br>see attached<br><br><br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No.  23-00329-DKW-RT<br><br>*(to be filled in by the Clerk's Office)* |

# COMPLAINT AND REQUEST FOR INJUNCTION

**I.     The Parties to This Complaint**

   **A.     The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|   |   |
|---|---|
| Name | Thomas Lau |
| Street Address | 1212 Nuuanu Ave Apt 805 |
| City and County | Honolulu |
| State and Zip Code | Hawaii, 96817 |
| Telephone Number | 808-546-0507 |
| E-mail Address | thomasjlau@gmail.com |

   **B.     The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Federal Bureau of Investigation |
| Job or Title *(if known)* | |
| Street Address | 91-1300 Enterprise St |
| City and County | Kapolei |
| State and Zip Code | Hawaii, 96707 |
| Telephone Number | 808-566-4300 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. Army Garrison Hawaii |
| Job or Title *(if known)* | |
| Street Address | 278 Aleshire Ave Bldg #2037 |
| City and County | Schofield Barracks, Wahiawa |
| State and Zip Code | Hawaii, 96857 |
| Telephone Number | 808-655-8607 |
| E-mail Address *(if known)* | usarmy.schofield.usarpac.mbx.legal-assistance@army.mil |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Fourth Amendment
Title 18, U.S. Code, Section 241
Title 18, U.S. Code, Section 242

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.      If the defendant is a corporation

           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

           Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

      The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

      (i) Aerial surveillance was initiated in Honolulu

B.      What date and approximate time did the events giving rise to your claim(s) occur?

      (i) Aerial surveillance first began on November 2016 and has continued to August 2023.  (ii). There were no lapses in surveillance even when the COVID-19 pandemic started.  (iii) Aerial surveillance is still currently ongoing.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

3) (i) The plaintiff has been under federal aerial surveillance since November 2016 and still under surveillance at the time of writing (ii) Every day about 20-30 FBI Cessna planes and around 5-10 U.S. Army helicopters fly over the location of his person including his home, work, and any public locations he frequents (iii) Plaintiff has not been indicted for any federal crime (iv) The plaintiff has recorded videos of these planes and helicopters as evidence at https://tinyurl.com/yckp4cb6 (v) Plaintiff is of sound mind and has not been diagnosed with any mental illness (vi) The plaintiff has been followed by similar aircraft in San Diego and Seattle. (vii) The plaintiff works as a registered behavior technician (RBT) and is not a terrorist nor involved in any illegal business (viii) Plaintiff has requested a FOIA (Freedom of Information Act) request from FBI and received a letter stating no records found. (ix) Plaintiff has contacted FBI agents about this matter many times but received no response. (x) Plaintiff has been injured by the violation of Fourth Amendment rights and aerial surveillance constitutes an illegal, warrantless search.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(i) The plaintiff is asking the court to deliver a permanent injuction to the FBI and U.S. Army to cease aerial surveillance and all forms of surveillance immediately and stop the Cessna planes and military helicopters from flying over the location of his person including work, home, and public places the plaintiff frequents.

(ii) The plaintiff is also seeking compensatory damages for his violation of Fourth Amendment rights and punitive damages of a combined total of up to $50,000,000 for mental anguish, pain and suffering, anxiety, depression, and trauma that the plaintiff has developed for being unjustly surveilled for the past 7 years with no basis and no warrant.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/04/2023

Signature of Plaintiff: *Thomas Lau*

Printed Name of Plaintiff: Thomas Lau

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address: 

Print  Save As...  Add Attachment  Reset